UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MORET, | No. 2:06-cv-1954-MCE-KJM |
|     Plaintiff, | |
|   v. | **NON-RELATED CASE ORDER** |
| MERCK & COMPANY, INC.; MCKESSON CORPORATION, | |
|     Defendants. _____/ | |
| RUTH BEATTY, | No. 2:06-cv-1845-LKK-GGH |
|     Plaintiff, | |
|   v. | |
| MERCK & CO., INC. and MCKESSON CORPORATION, | |
|     Defendants. _____/ | |
| LINDA CHAMBERLAIN, | No. 2:06-cv-1973-LKK-GGH |
|     Plaintiff, | |
|   v. | |
| MERCK & CO., INC. and MCKESSON CORPORATION, | |
|     Defendants. _____/ | |

```
 1  KAP SOOK CHOI,                          No. 2:06-cv-1977-WBS-DAD
 2              Plaintiff,
 3         v.
 4  MERCK & CO., INC. and
    MCKESSON CORPORATION,
 5
                Defendants.
 6  _____/
 7  MARY GROVE,                             No. 2:06-cv-1941-WBS-KJM
 8              Plaintiff,
 9         v.
10  MERCK & CO., INC. and
    MCKESSON CORPORATION,
11
                Defendants.
12  _____/
13  WITOLD KOLANKOWSKI,                     No. 2:06-cv-1978-GEB-GGH
14              Plaintiff,
15         v.
16  MERCK & CO., INC. and
    MCKESSON CORPORATION,
17
                Defendants.
18  _____/
19  MAXIMO RIVERA,                          No. 2:06-cv-1957-DFL-GGH
20              Plaintiff,
21         v.
22  MERCK & CO., INC. and
    MCKESSON CORPORATION,
23
                Defendants.
24  _____/
25  ///
26  ///
27  ///
28  ///
```

     The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

     This Order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

     IT IS SO ORDERED.

DATE: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE